UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>            Plaintiff,<br><br>      v.<br><br>D.P.R.L INVESTMENTS, LLC, dba Hotel Rosedale,<br><br>            Defendant. | Case No.: 1:16-cv-1410-LJO- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 9) |

On November 2, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 9)  Thus, the Court **ORDERS**:

  1.  The stipulation to dismiss the action **SHALL** be filed no later than **November 25, 2016**;

  2.  All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **November 3, 2016**          **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE